UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO EJONGA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>J COPPEDGE, et. al.<br><br>　　　　　　　Defendants. | CASE NO. C12-2279-MJP<br><br>ORDER OF DISMISSAL |

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, (Dkt. No. 12), Plaintiff's objections (Dkt. No. 14), and the remaining record. The Court finds and ORDERS as follows:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED** without prejudice;

3. Plaintiff's motion for discovery (Dkt. 4) is **STRICKEN** as moot; and

4. The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

//

//

ORDER OF DISMISSAL- 1

Dated this 25th day of February, 2013.

Marsha J. Pechman
Chief United States District Judge
ORDER OF DISMISSAL- 2